IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED

3/16/2020

Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONE MOOSE MEADOWS, LLC,<br><br>Defendant. | No. CV 05-76-BU-SEH<br><br>**ORDER** |

ORDERED:

1. The United States' Unopposed Motion to Terminate Consent Decree[1] is GRANTED.

2. The Consent Decree[2] entered by the Court on January 11, 2006, is terminated, with Paragraph 20 of the Consent Decree[3] surviving the termination.

DATED this _16th_ day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 8.

[2] Doc. 7.

[3] Doc. 7.